**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **CREF3 RIVERSIDE MUTLI OWNER, LLC,** | § | |
| *Plaintiff* | § | |
| | § | |
| | § | |
| **v.** | § | **CASE NO. 1:23-CV-00655-ADA-SH** |
| | § | |
| **TRAVELERS LLOYDS** | § | |
| **MANAGEMENT COMPANY,** | § | |
| *Defendant* | § | |

**O R D E R**

The parties filed their Proposed Joint Scheduling Order on April 19, 2024 (Dkt. 15-1). The Proposed Joint Scheduling Order does not conform to Judge Alan Albright's Proposed Agreed Scheduling Order posted on the website for the U.S. District Court for the Western District of Texas. The parties must submit to the Court a proposed scheduling order that follows this form. W.D. TEX. LOC. R. CV-16(a).

**IT IS ORDERED that on or before May 29, 2024**, the parties shall consult the website for the U.S. District Court for the Western District of Texas (www.txwd.uscourts.gov), "Judges' Info" tab, "Standing Orders," "Waco Division," and file a joint proposed scheduling order using Judge Albright's form and including their agreed trial date of June 16, 2025.

**SIGNED** on May 21, 2024.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE